# Siri | Glimstad

**sirillp.com** | NEW YORK | LOS ANGELES | MIAMI | PHOENIX
DETROIT | AUSTIN | CHARLOTTE | WASHINGTON D.C.

March 10, 2025

**VIA ECF:**
Magistrate Judge Michael A. Hammer, U.S.M.J.
United State District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re: **Adams, on behalf of himself and the putative class v. LG Electronics USA Inc.**
**Case No.: 2:25-cv-01723**

Dear Judge Hammer:

We represent Plaintiff Erick Adams on behalf of himself and the putative class in the above-referenced matter. We write in regard to the Class Action Complaint filed in this matter on March 7, 2025. It has come to our attention that an incorrect version of the Complaint was inadvertently filed, containing internal edits and comments. This was the result of an administrative error. Accordingly, we respectfully request entry of an Order striking the March 7, 2025, Complaint (ECF 1) from the docket, and replacing that pleading with the attached Class Action Complaint and Jury Demand. *See* **Exhibit A.** The only changes made to the attached Class Action Complaint from the original is the removal of those internal edits and comments, and the inclusion of the names of co-counsel in the signature block for Laukaitis Law. At this time, no party has been served in this matter and there will be no prejudice to defendant as a result of the requested relief sought.

We apologize for the inconvenience and thank the Court in advance for its courtesies in this regard.

Respectfully submitted,

*/s* Lisa R. Considine
Lisa R. Considine

Encl.

**SO ORDERED**
*s/Michael A. Hammer*
**Michael A. Hammer, U.S.M.J.**

**Date:** 3|10|25